# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| WESLEY FINANCIAL GROUP, LLC,<br><br>        Plaintiff,<br><br>v.<br><br>WESTGATE RESORTS, LTD., WESTGATE RESORTS, INC., WESTGATE VACATION VILLAS, LLC, WESTGATE LAKES, LLC, WESTGATE GV AT THE WOODS, LLC, WESTGATE TOWERS, LLC, WESTGATE FLAMINGO BAY, L.L.C., WESTGATE MYRTLE BEACH, LLC, WESTGATE PALACE, LLC, WESTGATE GV AT PAINTED MOUNTAIN, LLC, WESTGATE LAS VEGAS RESORT, LLC, WESTGATE BLUE TREE ORLANDO, LTD., WESTGATE DAYTONA, LLC, WESTGATE GV AT TUNICA, LLC, WESTGATE RVS ORLANDO, LLC, and WESTGATE SOUTH BEACH, LLC,<br><br>        Defendants. | Case No.: 6:23-cv-02347-RBD-LHP |

## Notice of Pendency of Other Actions

  In accordance with Local Rule 1.07(c), I certify that the instant action is related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:
  None.
_____
_____
_____

  I further certify that I will serve a copy of this Notice of Pendency of Other Actions upon each party no later than fourteen days after appearance of the party.

Dated:  December 22, 2023


*/s/ Paul N. Mascia*
John J. Bennett, Esq.
Florida Bar No: 98257
Paul N. Mascia, Esq.
Florida Bar No: 0489670
NARDELLA & NARDELLA, PLLC
135 W. Central Blvd., Suite 300
Orlando, Florida 32801
Telephone: (407) 966-2680
Facsimile: (407) 966-2681
pmascia@nardlellalaw.com
jbennett@nardellalaw.com

&

Patrick A. Bradford, Esq.
Bradford Edwards LLP
12 East 49th Street, 11th Floor
New York, NY 10017
Office: (917) 671-9406

Counsel for Wesley Financial Group, LLC