**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

WESLEY FINANCIAL GROUP, LLC,

   Plaintiff,

v.             Case No: 6:23-cv-2347-RBD-LHP

WESTGATE RESORTS, LTD,
WESTGATE RESORTS, INC.,
WESTGATE VACATION VILLAS, LLC, WESTGATE LAKES, LLC,
WESTGATE GV AT THE WOODS, LLC, WESTGATE TOWERS, LLC.,
WESTGATE FLAMINGO BAY, L.L.C.,
WESTGATE MYRTLE BEACH, LLC,
WESTGATE PALACE, LLC,
WESTGATE GV AT PAINTED MOUNTAIN, LLC, WESTGATE LAS VEGAS RESORT, LLC, WESTGATE BLUE TREE ORLANDO, LTD.,
WESTGATE DAYTONA, LLC,
WESTGATE GV AT TUNICA, LLC,
WESTGATE RVS ORLANDO, LLC
and WESTGATE SOUTH BEACH, LLC,

   Defendants

**ORDER**

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** **DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO FIRST AMENDED COMPLAINT (Doc. No. 30)**
>
> **FILED:** January 2, 2024
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED**.

The deadline for Defendants to respond to the amended complaint (Doc. No. 29) is extended up to and including **February 8, 2024**.

**DONE** and **ORDERED** in Orlando, Florida on January 2, 2024.

_____
LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties