UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**WESLEY FINANCIAL GROUP, LLC,**

        **Plaintiff,**

v.     Case No. 6:23-cv-2347-RBD-LHP

**WESTGATE RESORTS, LTD, et al.**

        **Defendants.**

| UNITED STATES MAGISTRATE JUDGE: | Leslie Hoffman Price | COURTROOM: | 5D |
|---|---|---|---|
| DEPUTY CLERK: | Edward Jackson | COUNSEL FOR PLAINTIFF: | John Joseph Bennett |
| AUDIO RECORDING: | Digital https://www.flmd.uscourts.gov/webforms/digital-recording-transcript-request-form | COUNSEL FOR DEFENDANT: | Jeffrey Aaron Backman<br>Roy Taub |
| DATE/TIME:<br><br>TOTAL TIME: | March 1, 2024<br><br>10:05-10:45<br>40 minutes | | |

## CLERK'S MINUTES
## PRELIMINARY PRETRIAL CONFERENCE

Case called; appearances taken; procedural setting by the Court.
Issues were addressed.
Report and Recommendation to be entered.