## UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA, ORLANDO DIVISION

WESLEY FINANCIAL GROUP, LLC,
        Plaintiff,

v.

WESTGATE RESORTS, *et al.*,
        Defendants.

Case No: 6:23-cv-02347-RBD-LHP

## **PLAINTIFF'S NOTICE OF DISMISSAL**

Plaintiff, by its undersigned counsel, pursuant to Fed.R.Civ. P. 41(a) hereby provides notice of voluntarily dismiss the Complaint filed in this matter, in light of the successful mediation between the parties, effecting a global settlement of three pending cases between the parties, including this action.

Fed. R. Civ. P. Rule 41(a)(1)(A)(i)) provides for voluntary dismissal of an action by a plaintiff without a court order by service of a notice of dismissal prior to opposing party service of answer or motion for summary judgment. No answers have been filed in this case. Notice of voluntary dismissal without court order under Fed.R.Civ.P. 41(a)1)(A)(1) is proper when a motion to dismiss, but not an answer has been filed. *See Carter v. United States,* 547 F.2d 258, 259 (11th Cir. 1977) (granting voluntary dismissal under Rule 41(a)(1) where defendant had filed a Motion to Dismiss but not an answer or summary judgment motion. The court stated, "[u]nless a defendant has filed an answer or summary judgment motion, the governing provision is rule 41(a)(1)."); *Nicholson v. Gross, No. 1:10-cv-1058-WSD,* 2010 U.S. Dist. LEXIS 154100, at *2 (N.D. Ga. Sep. 1, 2010); *Davison v. Fla. Dep't of Corr.*, 2012 U.S. Dist. LEXIS 40515, at *2 (N.D. Fla. Feb. 21, 2012) (motion to dismiss is neither an answer nor a motion for summary judgment under the plain language of Rule 41); *Matthews v. Brookstone Stores, Inc.*, 2005 U.S. Dist. LEXIS 42719,

at *5-6 (S.D. Ala. Dec. 6, 2005) ("Rule 12(b) motion does not strip a plaintiff of its absolute right to take a voluntary dismissal," collecting cases).

Therefore, Plaintiff hereby exercises its absolute right to dismiss the action without prejudice by this notification of voluntary dismissal. *Id.;* Fed.R.Civ.P 41(a)(1)(B).

Date: September 9, 2024                                                  Respectfully submitted,

*/s/ Patrick A. Bradford*                                                 */s/ John J. Bennett*
Patrick A. Bradford, Esq. (admitted              John J. Bennett, Esq.
pro hac vice)                                                       Florida Bar: 98257
Bradford Edwards LLP                                    Nardella & Nardella, PLLC 135 W. Central
12 East 49th Street, 11th Floor                        Blvd., Ste. 300 Orlando, Florida 32801
New York, NY 10017                                      Phone: (407) 966-2680
Telephone: (917) 671-9406                           E-mail: jbennett@nardellalaw.com
pbradford@bradfordedwards.com            Attorney for Wesley Financial Group,
                                                                          LLC.

Counsel for Plaintiff Wesley
Financial Group, LLC

## CERTIFICATE OF SERVICE

  The undersigned hereby certifies that on September 9, 2024, a true and correct copy of the foregoing was furnished via electronic mail using the Court's CM/ECF system which will give notice to all parties registered to receive electronic notice via CM/ECF.

**/s/ John J. Bennett**
John J. Bennett, Esq.