**UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA, ORLANDO DIVISION**

| | |
|---|---|
| WESLEY FINANCIAL GROUP, LLC,<br>　　　　　　　　　　　Plaintiff,<br>v.<br><br>WESTGATE RESORTS, *et al.*,<br>　　　　　　　　　　　Defendants. | Case No: 6:23-cv-02347-RBD-LHP |

**PLAINTIFF'S TIME-SENSITIVE MOTION TO EXTEND TIME PERIOD TO AMEND COMPLAINT**

Plaintiff, by and through its undersigned counsel, pursuant to Local Rule 3.01(a) and 3.01(e), hereby moves to extend the time set by the Court's Endorsed Order (the "Order," DE 84) granting Plaintiff's prior Motion for Extension of Time (DE 83). The Order modified the deadline for Plaintiff to amend its operative pleading by 14 days beyond the original date set by the Court's order on Defendant's motion to dismiss (the "MTD Order," DE 80).

Pursuant to Local Rule 3.01(e), the instant motion is marked as time sensitive as the Order set tomorrow, September 25, 2024, as the deadline for WFG to file a Second Amendment Complaint in line with the Order and MTD Order. The MTD Order noted that failure to timely file will result in the action being closed without further notice. DE 80, at 29. WFG requests an order on this motion by September 25, 2024, so that it may protect its interests in the remaining claims in the unlikely event settlement efforts fail.

On August 28, 2024, the Court entered its MTD Order on Defendant's Motion to Dismiss, dismissing Counts I-VII of the Complaint. The MTD Order further provided a deadline of September 11, 2024, for Plaintiff to file a Second Amended Complaint to

support the counts remaining in the Complaint in line with the Order's holdings.  On that same day, the parties reached a settlement in principle which is being memorialized in writing presently.

As of today, the parties remain in productive, good-faith negotiations and are making progress toward finalizing the agreement in writing.  Accordingly, Plaintiff requests a two-week extension of the deadline to amend its complaint in the unlikely event that the settlement negotiations fail.

## MEMORANDUM OF LAW & ARGUMENT

Rule 6(b)(1)(A) of the Federal Rules of Civil Procedure provides as follows:

> When an act may or must be done within a specified time, the court may, for good cause, extend the time:
>
>> (A) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires;

Fed. R. Civ. P. 6(b)(1).  Pursuant to Rule 6(b)(1)(A) of the Federal Rules of Civil Procedure, a court may grant an extension of time for good cause shown if a motion is made before the original time expires. *Jozwiak v. Stryker Corp.*, No. 6:09-cv-1985-Orl-19GJK, 2010 U.S. Dist. LEXIS 17221, at *8 (M.D. Fla. Feb. 26, 2010).  Furthermore, pursuant to Fed. R. Civ. P. 60(b)(6), this court may provide relief from the order setting the deadline for "any other reasons that justifies relief."  Here, the relief is justified as it will avoid unnecessary expense in preparing the amended complaint so that the parties can focus their energies on memorializing the settlement in writing, which terms are already agreed to in principle.

## Local Rule 3.01(g) Certification

On September 24, 2024, John Bennett conferred by email with Defendants' counsel as to the matters contained in this motion, and Defendants' counsel confirmed that they are unopposed to the relief requested herein.

WHEREFORE, Plaintiff Wesley Financial Group, LLC, respectfully requests that this Court enter an Order granting this motion and extending the time for Plaintiff to file its amended complaint to until October 9, 2024.

Date: September 24, 2024

Respectfully submitted,

*/s/ Patrick A. Bradford*
Patrick A. Bradford, Esq. (admitted pro hac vice)
Bradford Edwards LLP
575 Fifth Avenue, 14th Floor
New York, NY 10017
Telephone: (917) 671-9406
pbradford@bradfordedwards.com

*/s/ John J. Bennett*
John J. Bennett, Esq.
Florida Bar: 98257
Nardella & Nardella, PLLC
135 W. Central Blvd., Ste. 300
Orlando, FL 32801
Telephone: (407) 966-2680
jbennett@nardellalaw.com
*Attorneys for Wesley Financial Group, LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 24, 2024, a true and correct copy of the foregoing was furnished via electronic mail using the Court's CM/ECF system which will give notice to all parties registered to receive electronic notice via CM/ECF.

*/s/ John J. Bennett*

John J. Bennett, Esq.