## UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA, ORLANDO DIVISION

WESLEY FINANCIAL GROUP, LLC,
                 Plaintiff,

v.

WESTGATE RESORTS, *et al.*,
                 Defendants.

Case No: 6:23-cv-02347-RBD-LHP

### JOINT STIPULATION OF NOTICE OF DISMISSAL

Plaintiff, Wesley Financial Group, LLC, by and through its undersigned counsel, and Defendants, Westgate Resorts, Ltd., Westgate Resorts, Inc., Westgate Vacation Villas, LLC, Westgate Lakes, LLC, Westgate GV At The Woods, LLC, Westgate Towers, LLC, Westgate Flamingo Bay, LLC, Westgate Myrtle Beach, LLC, Westgate Palace, LLC, Westgate GV at Painted Mountain, LLC, Westgate Las Vegas Resort, LLC, Westgate Blue Tree Orlando, Ltd., Westgate Daytona, LLC, Westgate GV At Tunica, LLC, Westgate RVS Orlando, LLC, and Westgate South Beach, LLC, by and through their undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby jointly stipulate and agree that this action shall be dismissed in its entirety, with prejudice, with each party to bear its own attorneys' fees and costs.

Respectfully submitted,

| | |
|---|---|
| */s/ Patrick A. Bradford* | */s/ John J. Bennett* |
| Patrick A. Bradford, Esq. (admitted pro hac vice) | John J. Bennett, Esq. |
| Bradford Edwards LLP | Florida Bar: 98257 |
| 12 East 49th Street, 11th Floor | Nardella & Nardella, PLLC |
| New York, NY 10017 | 135 W. Central Blvd., Ste. 300 |
| Telephone: (917) 671-9406 | Orlando, Florida 32801 |
| pbradford@bradfordedwards.com | Phone: (407) 966-2680 |
| | E-mail: jbennett@nardellalaw.com |
| Counsel for Plaintiff Wesley Financial Group, LLC | Counsel for Wesley Financial Group, LLC. |

GREENSPOON MARDER LLP

*/s/ Roy Taub*
Richard W. Epstein (Bar No. 229091)
Jeffrey A. Backman (Bar No. 662501)
Roy Taub (Bar No. 116263)
200 East Broward Blvd., Suite 1800
Fort Lauderdale, Florida 33301
Telephone: 954-491-1120
Facsimile: 954-343-6958
richard.epstein@gmlaw.com
maria.salgado@gmlaw.com
jeffrey.backman@gmlaw.com
mary.torres@gmlaw.com
roy.taub@gmlaw.com
cheryl.cochran@gmlaw.com

Susana Cristina Garcia (Bar No. 92259)
201 East Pine Street, Suite 500
Orlando, Florida 32801
Telephone: 407-425-6559
Facsimile : 407-244-8115
tina.garcia@gmlaw.com
melissa.spinner@gmlaw.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 9, 2024, a true and correct copy of the foregoing was furnished via electronic mail using the Court's CM/ECF system which will give notice to all parties registered to receive electronic notice via CM/ECF.

*/s/ John J. Bennett*

John J. Bennett, Esq.